ORIGINAL

EDWARD M. WOLKOWITZ, (State Bar No. 68298)
1888 Century Park East
Suite 1500
Los Angeles, CA 90067
(310) 277-7400



FILED
OCT 10 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>CHEETAH VENTURES INC<br><br><br>Debtor(s) | Case No.: LA0715790-BR<br><br>07157902<br><br>Chapter: 7<br><br>REPORT OF TRUSTEE IN CHAPTER 7 NO ASSET CASE |

The undersigned, duly appointed Chapter 7 Trustee of the estate of the above-named debtor(s), reports that he has neither received any property nor paid any money on account of this estate; that he has made diligent inquiry into the whereabouts of property belonging to the estate; that he has no objections to the exemptions claimed; and that each of the assets scheduled and not claimed exempt are burdensome or of inconsequential value or are encumbered beyond value and the Trustee asserts no interest therein. Therefore, the Trustee has not taken possession of said assets, asserts no interest in said assets, and has not and will not administer said assets which are to be abandoned in accordance with 11 USC 554(c).

WHEREFORE, the Trustee prays that his report be approved, that he be discharged from office, and his bond exonerated, and for all other applicable orders.

Dated: October 10, 2007

EDWARD M. WOLKOWITZ, TRUSTEE

APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT AND THE SAID ESTATE(S) IS HEREBY CLOSED.

Dated: _____

Jon D. Ceretto, Clerk of Court